UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:14-cr-006 |
| v. | ) | Judge Haynes |
| | ) | |
| PATRICK WADE HILL | ) | |

*ORDER*
*This motion*
*is GRANTED*
*[signature]*
*6-15-15*

## MOTION TO CONTINUE GUILTY PLEA HEARING

The United States respectfully moves the Court to continue the guilty plea hearing in the above styled case, presently set for June 15, 2015. The undersigned counsel was unaware that the Defendant had been transferred to state custody, and failed to secure a writ to have the Defendant present in court at the originally scheduled time. Dumaka Shabazz, attorney for the Defendant has been consulted and has no objection to the Court granting this motion.

The United States further requests that a new hearing date be set, which allows two weeks for the Marshal to execute a writ to have Defendant present at the proper time.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

By: *William L. Deneke*
Assistant United States Attorney
A-961 U.S. Courthouse
Nashville, Tennessee 37203
Telephone: 615-736-5151

### CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2015, I electronically filed this pleading with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for the defendant, Dumaka Shabazz.

*s/ William L. Deneke*
Assistant United States Attorney