UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:14-00006 |
| | ) | JUDGE CAMPBELL |
| PATRICK WADE HILL | ) | |

ORDER

Pending before the Court is a Withdrawal of Motion to Continue Sentencing Hearing (Docket No. 36). The Withdrawal request is GRANTED. Accordingly, the Motion to Continue Sentencing Hearing (Docket No. 35) is MOOT. The sentencing hearing remains scheduled for September 21, 2015, at 2:30 p.m.

IT IS SO ORDERED.

                                                                                           TODD J. CAMPBELL
                                                                                           UNITED STATES DISTRICT JUDGE